UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| THEODORE MAROPULOS; DONNA MAROPULOS; DANIELLE JACOBO; NATHAN MAROPULOS; ELIZABETH MAROPULOS; AARON MAROPULOS; KATHERINE MAROPULOS; SHANNON MAROPULOS; THOMAS MAROPULOS,<br><br>        Plaintiffs - Appellees,<br><br> V.<br><br>COUNTY OF LOS ANGELES; LEE BACA,<br><br>        Defendants,<br><br> and<br><br>STEVE LANKFORD,<br><br>        Defendant - Appellant. | No. 07-55873<br><br>D.C. No. CV-04-01171-TJH<br>Central District of California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered 3/24/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk