UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| THEODORE MAROPULOS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LEE BACA, <br><br> Defendants, <br><br> and <br><br> STEVE LANKFORD, <br><br> Defendant - Appellant. | No. 07-55873 <br> D.C. No. CV-04-01171-TJH <br> Central District of California, Los Angeles <br><br> **ORDER** |

The Supplemental Brief submitted on 2/17/09 is filed.

Within five (5) working days of the filing of this order, Appellant is ordered to file ten (10) copies of the brief in paper format, with a Tan cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the CM/ECF button.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Liora Anis
Deputy Clerk